# ELECTRONIC RECORD

104-15
105-15
106-15

COA # 01-13-00901-CR              OFFENSE: 21.1 (Sex Abuse w/Child)

STYLE: Ignacio Martin Gonzalez v. The State of Texas              COUNTY: Harris

COA DISPOSITION: AFFIRM              TRIAL COURT: 184th District Court

DATE: 12/16/2014        Publish: YES   TC CASE #: 1377914

## IN THE COURT OF CRIMINAL APPEALS

104-15
105-15
106-15

STYLE: Ignacio Martin Gonzalez v. The State of Texas              CCA #: _____

_____PRO SE_____ Petition       CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:       DATE: _____

_____STRUCK_____              JUDGE: _____

DATE: 06/10/2015              SIGNED: _____   PC: _____

JUDGE: Per Curiam              PUBLISH: _____   DNP: _____

---------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

_PRO SE_ PETITION

FOR DISCRETIONARY REVIEW

IS REFUSED

DATE 09/16/2015

JUDGE

**ELECTRONIC RECORD**